UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Vanelson Faussette,<br><br>*Petitioner*,<br><br>v.<br><br>United States of America, et al.,<br><br>*Respondents*. | No. 6:26-CV-499-CRW |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Vanelson Faussette's petition for writ of habeas corpus (Dkt. No. 1), filed on August 3, 2026. The petition was filed by Vanel Faussette, purporting to act as Petitioner's next friend. *See* Dkt. No. 1 at 9. This Court ordered Petitioner to show cause as to why the petition should not be dismissed for lack of subject-matter jurisdiction or stricken as the unauthorized practice of law. Dkt. No. 5. Petitioner ratified his habeas petition. Dkt. No. 6 at 2. On October 21, 2026, this Court entered an order for the respondents to show cause as to why the petition should not be granted. Dkt. No. 7. Federal Respondents filed their response on October 26, 2026. Dkt. No. 8. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's petition for writ of habeas corpus should be denied.

The Fifth Circuit rejected Petitioner's statutory arguments in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). Therefore, the Court finds that Petitioner is

lawfully detained under § 1225. *See id.*; *see also Salas Rivera v. Mooneyham, et al.*, No. 6:26-CV-00526-CRW-DTG (W.D. Tex. Oct. 14, 2026).

The Fifth Circuit further rejected Petitioner's due-process arguments in *Sosnava Rodriguez v. Vergara*, No. 26-50183 (5th Cir. Oct. 23, 2026) (*en banc*). This Court has likewise denied similar requests for habeas relief on due-process grounds. *See Salas Rivera*. Under the Fifth Circuit's precedent, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

So ordered on November 10, 2026, 2026.

Chris Wolfe
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE